UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLIFFORD E. DANIELS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 10cv896 (MRK) |
| | : | |
| BERNARDO MOTORS LLC, | : | |
| | : | |
| Defendant. | : | |

## RULING AND ORDER

Upon review and pursuant to 28 U.S.C. § 636(b)(1) and Rule 72.2 of the Local Rules for United States Magistrate Judges (D. Conn.), and in the absence of any objection from either party, the Court APPROVES AND ACCEPTS United States Magistrate Judge William I. Garfinkel's Recommended Ruling [doc. # 20]. For the reasons set forth in detail in the Recommended Ruling, the Court GRANTS Plaintiff's Motion for Default Judgment [doc. # 17] as to Counts One and Two of the Complaint, and DENIES the Motion for Default Judgment as to Count Three of the Complaint. Plaintiff is awarded actual damages of $1,100.00, statutory damages of $1,000.00, and attorney fees and costs of $ 4,979.20, plus post-judgment interest at the rate of 10%, pursuant to Connecticut General Statutes § 37-3a. Plaintiff's Retail Installment Contract with Defendant is rescinded. **The Court directs the Clerk to enter judgment for the Plaintiff and to close this file.**

IT IS SO ORDERED.

/s/        Mark R. Kravitz
United States District Judge

**Dated at New Haven, Connecticut: April 4, 2011.**